IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TRACY L. HAGEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **APPEARANCE** |
| ) | |
| FIRSTSOURCE FINANCIAL ) | Case No. 3:11cv359 |
| SOLUTIONS, LLC, JOHN D. KRISOR, ) | |
| JR., AND DOES 1 THROUGH 10, ) | |
| ) | |
| Defendants. | |

To the Clerk of this court and all parties of record:

    I, the below-signed, state that pursuant to N.D. Ind. L.R. 83.5(g), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.  I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for Defendant, **John D. Krisor, Jr**.

 September 26, 2011                            ___**s/ Todd J. Kaiser**_____
*Date*                                             *Signature*

Todd J. Kaiser, Atty. No. 10846-49
*Print Name*

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
111 Monument Circle, Suite 4600
*Address*

Indianapolis         IN     46204
*City*                *State*    *Zip Code*

317/916-1300
*Phone Number*

317/916-9076
*Fax  Number*

todd.kaiser@ogletreedeakins.com
*E-mail Address*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 26, 2011, a copy of the foregoing was filed electronically.  I hereby certify that on September 26, 2011, copy of the foregoing was mailed, by first class mail, postage prepaid and properly addressed to the following:

>Tracy L. Hagen
>64645 CR 15
>Goshen, IN  46526

>_s/ Todd J. Kaiser_____

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076
*todd.kaiser@ogletreedeakins.com*

10972591.1 (OGLETREE)