IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TRACY L. HAGEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:11cv359 |
| FIRSTSOURCE FINANCIAL ) | |
| SOLUTIONS, LLC, JOHN D. KRISOR, JR., ) | |
| AND DOES 1 1 THROUGH 10, ) | |
| ) | |
| Defendants, ) | |

**ORDER ON DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

This matter, having come before the Court on Defendant, John D. Krisor, Jr.'s Motion for Enlargement of Time to Answer or Otherwise Plead to Plaintiff's Complaint and the Court, being duly advised in the premises, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED, DECREED and ADJUDGED that Defendant, John D. Krisor, Jr., shall have to and including October 25, 2011, to respond or otherwise plead to Plaintiff's Complaint.

So ORDERED this 27th day of September, 2011.

 S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge

Distribution to:

Tracy L. Hagen
64645 CR 15
Goshen, IN  46526

Todd J. Kaiser
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle
Suite 4600

Indianapolis, IN  46204