U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TRACY L. HAGEN, ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Case No. 3:11-CV-00359-JTM-CAN |
| ) | |
| FIRSTSOURCE FINANCIAL ) | |
| SOLUTIONS, LLC, ) | |
| JOHN D. KRISOR, JR., ) | |
| DOES 1 through 10, ) | |
|     Defendants. ) | |

## **APPEARANCE**

To the Clerk of this court and all parties of record:

    I, the below-signed, state that pursuant to N.D. Ind. L.R. 83.5(f), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for Defendant, FirstSource Financial Solutions, LLC  and FirstSource Financial Solutions, LLC for and on behalf of Does 1 through 10.
.

                                   KIGHTLINGER & GRAY, LLP


                                   /s/ Peter A. Velde
                                   151 N. Delaware St. Suite 600
                                   Indianapolis, IN 46204
                                   317-638-4521 (phone)
                                   317-636-5917 (fax)
                                   pvelde@k-glaw.com

777777 / 1441933-1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 27, 2011, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Tracy L. Hagen
198 Pheasant Hills Court
Valparaiso, IN 46385

Todd J. Kaiser
Ogle Deakins Nash Smoak & Stewart, PC
111 Monument Circle Suite 4600
Indianapolis, IN 46204

                              /s/Peter A. Velde
                              Peter A. Velde

KIGHTLINGER & GRAY, LLP
Market Square Center, Suite 600
151 N. Delaware Street
Indianapolis, Indiana 46204