My name is Tracy Hagen with case # 3:11cv359, I need to have my address changed to.

Tracy Hagen
64645 CR 15
Goshen, IN 46526

Case # 3:11cv359

I have already corrected it with the lawyers and I am sorry for any inconvience this causes. If you do need to reach me my phone # 574-538-8423

*Tracy Hagen*