UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TRACY L. HAGEN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )    CAUSE NO. 3:11-CV-359 JTM |
| | ) |
| FIRST SOURCE FINANCIAL | ) |
| SOLUTIONS LLC, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER FOR WRITTEN STATUS REPORT**

Fed. R. Civ. P. 16(b) requires this Court to enter a scheduling order, following consultation with Defendants and unrepresented Plaintiff, fixing deadlines for amendments to the pleadings, the commencement and completion of discovery, and the filing of dispositive motions. To assist this Court with compliance with that Rule, this Court now orders by **November 25, 2011**, the unrepresented Plaintiff and the Defendants shall separately prepare and file a *brief* status reports, not to exceed three pages unless greater length is unavoidable. The parties' reports should address:

    (1) the nature of the case and the principal factual and legal issues;
    (2) whether all parties have been served, or any parties dismissed;
    (3) the discovery each party intends to undertake, the anticipated time necessary for completion of discovery, and any limitations on discovery that any party believes may be necessary;
    (4) the time within which amendments to the pleadings shall be allowed;
    (5) what motions are now pending or are anticipated by any party, and whether any briefing remains to be done with respect to any pending motions;
    (6) what deadline should be set for the filing of dispositive motions;
    (7) whether any aspects of the case have been stipulated or settled, and whether a pre-discovery settlement conference is warranted;
    (8) whether the parties have considered litigating this matter under this Court's "fast-track" consent procedure, as explained in the two-page consent form issued contemporaneously with this order.

Following the filing of the status reports required by this order, this Court will, pursuant to Rule 16(b), enter a scheduling order. The court directs the parties' attention to that portion of Rule 16(b) that provides that no amendment may be made to the scheduling order except upon a showing of good cause, which showing the Court will require to be in writing.

**SO ORDERED**.

Dated this 26th day of October, 2011.

> S/Christopher A. Nuechterlein
> Christopher A. Nuechterlein
> United States Magistrate Judge

cc:   Tracy L. Hagen
      64645 CR 15
      Goshen, IN 46526