UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TRACY L. HAGEN,<br>    Plaintiff,<br><br>    v.<br><br>FIRSTSOURCE FINANCIAL<br>SOLUTIONS, LLC,<br>JOHN D. KRISOR, JR.,<br>DOES 1 through 10,<br>    Defendants. | )<br>)<br>)<br>) Case No. 3:11-CV-00359-JTM-CAN<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT, FIRSTSOURCE FINANCIAL SOLUTIONS, LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant, FirstSource Financial Solutions, LLC ("Defendant"), by counsel, files the following Corporate Disclosure Statement.

1. Defendant, by counsel, is a Delaware limited liability company.

2. FirstSource Solutions, USA, LLC, a Delaware limited liability company, is the parent of Defendant ("Parent").

3. No publicly-held company or investment fund owns a 10% or more interest in Defendant or Parent.

KIGHTLINGER & GRAY, LLP

/s/Peter A. Velde
Peter A. Velde

KIGHTLINGER & GRAY, LLP
151 N. Delaware St. Suite 600
Indianapolis, IN 46204
(317) 638-4521
pvelde@k-glaw.com

111147 / 1442063-1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 26, 2011, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Todd J. Kaiser
Ogle Deakins Nash Smoak & Stewart, PC
111 Monument Circle Suite 4600
Indianapolis, IN 46204

and I hereby certify that  a copy of the foregoing pleading has been served upon Plaintiff pro se by first class U.S. mail, postage prepaid on October 26, 2011 upon:

Tracy L. Hagen
64645 CR15
Goshen, IN 46526

                                                /s/Peter A. Velde
                                                Peter A. Velde