FILED

2012 JUL 31  AM 11: 16

ROBERT L. ...
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TRACY L HAGEN, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> FIRSTSOURCE FINANCIAL SOLUTIONS, LLC, ) <br> JOHN D KRISOR, JR, and ) <br> DOES 1 through 10, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 3:11-CV-00359 |

**Plaintiff's Combined Fed. R. Civ. P. 26(A) Disclosures to Defendants
and Notice of Compliance to the Court with Certification of Accuracy**

Pro se Plaintiff, Tracy L Hagen, (Hagen)submits her disclosures pursuant to Fed. R. Civ. P. 26(a) as directed by court during the telephonic conference of June 19, 2012 at 9:30 a.m.

The Plaintiff is filing the same with the court to demonstrate her compliance with the court's instructions. Attached are:

Exhibit "B," which is her **request for validation** submitted to:

FIRSTSOURCE FINANCIAL SOLUTIONS, LLC via certified mail on June 23, 2011 at 1661 Lyndon Farms Court, Louisville, KY 40223.

Exhibit "C," which is her **request for validation** submitted to:

Krisor & Associates via certified mail on June 23, 2011 at P.O. Box 6200 South Bend, IN 46660.

<u>Exhibit "D,"</u> which is her **VERIFIED DENIAL OF DEBT** filed into the State Court, noticing the jurist and parties of her dispute and request for validation.

<u>Exhibit "E,"</u> which is her **DEFENDANT'S VERIFIED JUDICIAL NOTICE OF FDCPA VIOLATIONS AND MOTION TO SUSPEND CAUSE PENDING PLAINTIFF'S COMPLIANCE WITH 15 U.S.C. 1692 G** filed into the State Court, noticing the jurist and parties of her dispute and request for validation.

### Verification

Whereas my paper copies of the foregoing exhibits were consumed in our house fire, I secured copies of the exhibits from the Clerk of the Elkhart County Court from cause number 20D05-1104-CC-54.

I Tracy L Hagen certify the attached are true and accurate copies of the of what was filed into the State Court action by me.

Respectfully submitted this 30th day of July 2012 by,

*/s/ Tracy L Hagen*
TRACY L HAGEN
64645 CR 15
Goshen, IN 46526
574-538-8423

## CERTIFICATE OF SERVICE

I, TRACY L HAGEN, I hereby certify that copy of the foregoing has been served upon counsel for all parties by first class U.S. mail, postage prepaid on **July 30, 2012**, properly addressed to the following; Further because of short notice I also emailed the same for informational purposes:

**Clerk of the Court**
Robert A. Grant Federal Building and
United States Courthouse
204 South Main Street, Room 102
South Bend IN 46601

Nicholas W. Levi
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana 46204

Todd J. Kaiser
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204

TRACY L HAGEN
64645 CR 15
Goshen, IN 46526